**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Olvin Castro Guzman,

                Plaintiff,                21 **CIVIL** 6538 (KHP)

    -v-                                      **JUDGMENT**

Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated July 29, 2022, Plaintiff's motion for judgment on the pleadings is DENIED and Defendant's motion for judgment on the pleadings is GRANTED.

**Dated:**  New York, New York
           July 29, 2022

                                                **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                                 **BY:**    *K. Mango*
                                                  _____
                                                  **Deputy Clerk**